UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHEN KEITH HICKS,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. 3:24-cv-05607-JNW<br><br>ORDER GRANTING MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS* |

On April 27, 2025, Plaintiff Stephen Keith Hicks filed a Motion for Leave to Appeal *In Forma Pauperis* ("IFP") in the above-entitled action. Dkt. 24. The Ninth Circuit Court of Appeals referred the Motion to the District Court and the Honorable Jamal N. Whitehead, the District Judge assigned to this case, referred the Motion to the undersigned.

After careful consideration of the Motion, the governing law, and the balance of the record, the Court **GRANTS** the Motion. Dkt. 24. Plaintiff should be permitted to proceed on appeal without the prepayment of fees.

Dated this 5th day of May, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Grady J. Leupold
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS - 1